*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-12-00167-CV

Israel **LOPEZ**,
Appellant

v.

**BASIC ENERGY SERVICES, L.P.** and Jaime Villarreal,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-10-226
Honorable Ana Lisa Garza, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:  May 16, 2012

DISMISSED

The appellant has filed an agreed motion to dismiss this appeal.  We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM